Submitted on record and briefs November 30, 2005, affirmed February 15, 2006

STATE OF OREGON,
*Respondent,*

*v.*

CHRISTOPHER J. NEWMAN,
*Appellant.*

03C-47443; A125777

129 P3d 792

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jamesa J. Drake, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Vigil,* 197 Or App 407, 106 P3d 656, *adh'd to as modified on recons,* 199 Or App 525, 112 P3d 441, *rev den,* 339 Or 156 (2005).